WARNER, J.,
concurring specially.
I concur in the majority opinion. To require a physician to ask about medications before the patient is required to reveal prior prescriptions not only has no statutory basis, but it would also encourage the unscrupulous doctor not to ask questions simply to fill prescriptions to increase the physician’s income and business. With the increase of “pill mills” in South Florida, such conduct is not unthinkable. See, e.g., Deonarine v. State, 967 So.2d 333, 335 (Fla. 4th DCA 2007) (noting, in case where physician was found guilty of trafficking in controlled substances, that he prescribed drugs without obtaining the patient’s medical history). We should not provide additional methods of skirting the law to those who would “doctor shop” to obtain controlled substances for both personal use and profit, whose overuse causes thousands of deaths each year.